

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Armando Sauzameda Mendoza,         * From the County Court at Law No. 2
of Midland County,
Trial Court No. CR165346.

Vs. No. 11-22-00242-CR             * February 8, 2024

The State of Texas,                    * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for a new trial.